86 Tex.Cr.R. 463, 217 S.W. 937; Ryan v. State, 76 Tex.Cr.R. 510, 176 S.W. 49.

The judgment is reversed and the prosecution ordered dismissed.

## FREEMAN v. STATE.
### No. 25930.

Court of Criminal Appeals of Texas.

June 25, 1952.

## GRIFFIN v. STATE.
### No. 25867.

Court of Criminal Appeals of Texas.

June 25, 1952.

Ray Martin, Wichita Falls, for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is misdemeanor theft; the punishment, 30 days in jail and a fine of $200.

Our able State's Attorney has confessed error herein because of a fatal defect in the information. He calls our attention to the fact that it fails to allege that the property stolen was taken from the possession of the owner, or from one who had possession thereof at the time it was taken.

Such an information does not charge an offense. Robinson v. State, 71 Tex.Cr.R. 561, 160 S.W. 456; Henley v. State, 61 Tex. Cr.R. 428, 135 S.W. 133; Taylor v. State,

Pat Beadle, Clarksville, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

The indictment alleged that appellant, while intoxicated and under the influence of intoxicating liquor, drove and operated his automobile over a public highway of this state and, while so operating the automobile, by accident and mistake killed B. C. McCaslin by driving the automobile into and causing it to strike the deceased. Such indictment charged an offense under Art. 802c, Vernon's P. C. The punishment was assessed at two years in the penitentiary.

In attempting to drive around and pass another automobile on the afternoon of Sep-